# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

| | |
|---|---|
| In re:<br><br>Karl C. Hansen and Lisa H. Hansen<br>    Debtor(s)<br><br>Olga L. Gordon<br>    Plaintiff<br><br>v.<br><br>Karl C. Hansen and<br>Lisa H. Hansen and<br>SyncPoint Imaging, LLC<br>    Defendant | Bk. No. 12–11907–JMD<br>Chapter 7<br><br><br><br><br><br>Adv. No. 16–01010–JMD |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that a hearing on:

**Complaint (Doc. No. 1)**

originally scheduled for March 29, 2016, has been rescheduled for:

Date:     **April 19, 2016, at 01:30 PM**

Location:   1000 Elm Street, 11th Floor, Courtroom 2, Manchester, NH 03101


Date: March 29, 2016                                                                          Bonnie L. McAlary, Clerk
                                                                                              By: /s/ Maureen Shambo
                                                                                              Deputy Clerk

Form ntcrschhrgAP–262